

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2021

No. 04-21-00335-CR

Raymond Alexander **AGUILAR**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0739
Honorable Bill Squires, Judge Presiding

# O R D E R

The trial court imposed sentence on November 11, 2020. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 17, 2020. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on January 1, 2021. TEX. R. APP. P. 26.3. Appellant did not file his notice of appeal until August 10, 2021.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause **no later than September 1, 2021** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2021.



Michael A. Cruz,
Clerk of Court